UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GOLDSTAR PROPERTIES, LLC | * | CIVIL ACTION NO. |
| | * | |
| VERSUS | * | SECTION: |
| | * | JUDGE |
| | * | |
| JUSTIN ANGEL AND LAW OFFICE OF | * | SECTION: |
| KYLE FELTY, P.A. | * | MAG. JUDGE: |

**************************************************************************

## COMPLAINT AND JURY DEMAND

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Goldstar Properties, LLC ("Goldstar"), and for its Complaint against Defendants, Justin Angel and the Law Office of Kyle Felty, P.A. ("Law Office of Kyle Felty"), avers upon information and belief as follows:

### JURISDICTION AND FACTUAL ALLEGATIONS

I.

The Court has jurisdiction over this matter pursuant to its diversity jurisdiction, 28 U.S.C. § 1332, as there is complete diversity between the parties and the amount in question exceeds $75,000.00.

II.

At all material times herein, Goldstar Properties, LLC, was and is a single-member Limited Liability Company ("LLC"), with its single member, Samuel Markovich, an individual and a citizen and resident of the State of Louisiana. Therefore, Goldstar is a citizen of Louisiana for diversity jurisdiction purposes.

III.

At all material times herein, Justin Angel was and is an individual and a citizen and resident of the State of Florida.

IV.

At all material times herein, the Law Office of Kyle Felty, P.A., was and is a professional association organized and existing under the laws of the State of Florida.

V.

On or about February 5, 2021, Justin Angel transferred to Samuel Markovich, 100% of his membership interest in Goldstar, effective as of the date of the execution by all parties. The assignment includes all of Justin Angel's 100% interest in the capital account of Goldstar; including any undisbursed income, gains, deductions, credits, losses, liabilities, etc., and Justin Angel's 100% ownership interest in any and all assets of Goldstar, and in particular, the acquisition of land situation at North ½ Lot 18, Hobe Sound, Martin County, Florida, known as Tommy's Pointe, and purchased for residential development.

VI.

At all material times herein, after transferring his 100% interest in Goldstar to Markovich, Justin Angel ceased to have any ownership interest in the assets of Goldstar, and in particular, had no ownership interest in properties located at 9741 SE Gomez Ave., Hobe Sound, Florida, and 9721 SE Gomez Ave., Hobe Sound, Florida.

VII.

At all material times herein, after transferring his 100% interest in Goldstar to Markovich, Justin Angel acted as the manager of Goldstar, particularly with regard to acquisition and disposition of real estate.

VIII.

After transferring his 100% interest in Goldstar to Markovich, Justin Angel formed a number of limited liability companies, including but not limited to 9721 SE Gomez Ave, LLC;

9741 SE Gomez Ave, LLC; and JMA Properties, Inc. Upon information and belief, Justin Angel formed these entities to conceal his activities from Markovich and Goldstar with regard to acquisition and disposition of real estate in the State of Florida, which real estate is owned by Goldstar.

IX.

Upon information and belief, Justin Angel acted contrary to his fiduciary duties to Goldstar by self-dealing and transferring property owned by Goldstar to entities owned and controlled by him, and also to third parties. This self-dealing specifically includes, but is not limited to, transfers of 9741 SE Gomez Ave., Hobe Sound, Florida, and 9721 SE Gomez Ave., Hobe Sound, Florida. These transfers took place without the knowledge and consent of Goldstar, and without Justin Angel transferring the proceeds of such sales to Goldstar.

X.

Justin Angel's self-dealing in transferring property owned by Goldstar to entities owned and controlled by him, and also to third parties, resulted in losses to Goldstar in excess of $2,700,000.00.

XI.

Justin Angel is liable to Goldstar in the full amount of any and all transfers of property owned by Goldstar without the knowledge and consent of Goldstar.

XII.

Upon information and belief, at all material times herein, the Law Office of Kyle Felty acted as a closing agent for Justin Angel and/or entities he owned and controlled, including, but not limited to 9741 SE Gomez Ave, LLC, 9721 SE Gomez Ave, LLC, and JMA Properties, Inc.

XIII.

At all material times herein, the Law Office of Kyle Felty knew or should have known that the properties that Justin Angel and/or entities that he owned or controlled was not the owner of the properties when the properties were being transferred to entities owned and/or controlled by Justin Angel, or to third parties.

XIV.

The Law Office of Kyle Felty failed to exercise due diligence in acting as the closing agent and in assisting Justin Angel and entities he owned or controlled to transfer properties that were owned by Goldstar, all to Goldstar's detriment.

XV.

The Law Office of Kyle Felty facilitated Justin Angel and entities he owned or controlled in transferring property without the knowledge or consent of Goldstar.

XVI.

The Law Office of Kyle Felty are liable, along with Justin Angel, for losses sustained by Goldstar in excess of $2,700,000.00, plus interest from the date of the first transaction in July 2022.

XVII.

Goldstar prays for trial by jury.


**WHEREFORE**, Plaintiff, Goldstar Properties, LLC, prays that after due proceedings had, its Complaint and Jury Demand be deemed good and sufficient and that there be judgment herein against Defendants, Justin Angel and the Law Office of Kyle Felty, P.A., for $2,700,000.00, the total amount due Goldstar, plus interest, costs, attorney's fees, Court costs, and for all other relief as Goldstar may be entitled to receive and this Court competent to grant.

Respectfully Submitted:

**REICH, ALBUM & PLUNKETT L.L.C.**

*s/ Lawrence R. Plunkett, Jr.*
**LAWRENCE R. PLUNKETT, JR. (#19739)**
**J. CALVIN BOX (#18809)**
1206 Park Drive, Suite 200
Mandeville, LA 70471
Tele: (504) 830-3999/Fax: (504) 830-3950
Email – lplunkett@rapllclaw.com;
cbox@rapllclaw.com
*Attorneys for Goldstar Properties, LLC*

**GOLDSTAR PROPERTIES, LLC, WILL SERVE:**

Justin Angel
12360 SE Dixie Highway
Hobe Sound, FL 33455

And

Law Office of Kyle Felty, P.A.
Through its Registered Agent,
Kyle S. Felty
725 N. Hwy A1A, C112
Jupiter, FL 33477

5