# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GOLDSTAR PROPERTIES LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-2567** |
| **JUSTIN ANGEL, ET AL.** | **SECTION "B"(5)** |

## JUDGMENT

Considering the Court's previous Order and Reasons, dated May 3, 2024, granting defendant Law Office of Kyle Felty, P.A.'s motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(2), R. Doc. 6, and defendant Justin Angel's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(2), R. Doc. 13,

**IT IS ORDERED, ADJUDGED, AND DECREED** that all claims in the above-captioned matter be **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana this 3rd day of May, 2024

_____
SENIOR UNITED STATES DISTRICT JUDGE